**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| UNIVERSAL MARKETING, INC. | : | |
| | : | |
| DEBTOR | : | BKY. NO. 09-15404ELF |

**ENTRY OF APPEARANCE**

Please enter our appearances in the above-captioned matter on behalf of Universal Distribution, Inc., Universal Enterprise Group, LP, Universal Enterprises Properties, Inc., Universal Enterprises, Inc., Universal Southpenn, Inc., Universal Delaware, Inc., Dan S. Batra and Ann Batra.

Dated:  September 1, 2009              /s/ Alan S. Fellheimer
                                       Alan S. Fellheimer, Esquire
                                       Pennsylvania Attorney Identification No. 09842
                                       **FELLHEIMER & EICHEN LLP**
                                       1800 John F. Kennedy Blvd.
                                       Suite 1400
                                       Philadelphia, PA 19103
                                       (215) 253-6630


Dated:  September 1, 2009              /s/ Victoria L. Hooper
                                       Victoria L. Hooper, Esquire
                                       Pennsylvania Attorney Identification No. 87882
                                       **FELLHEIMER & EICHEN LLP**
                                       1800 John F. Kennedy Blvd.
                                       Suite 1400
                                       Philadelphia, PA 19103
                                       (215) 253-6630