## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7<br>(Previous Chapter 11) |
| UNIVERSAL MARKETING, INC., *et al.,* [1] | |
| Debtors. | Case No. 09-15404 (ELF)<br>(Substantively Consolidated) |

## MOTION OF CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO SELL OR ASSIGN DISCHARGE NOTE OUTSIDE OF THE ORDINARY COURSE OF BUSINESS PURSUANT TO SECTION 363(B) OF THE BANKRUPTCY CODE

Charles R. Goldstein, chapter 7 trustee ("Trustee") for the substantively consolidated estate of the above-captioned Debtors (the "Consolidated Estate"), by and through his undersigned attorneys, hereby moves for the entry of an order authorizing the sale or assignment of the Discharge Note (as hereinafter defined) to Protiviti Inc. ("Protiviti").  In support of this Motion, the Trustee states as follows:

### PRELIMINARY STATEMENT

1.      The sale or assignment of the unsecured Discharge Note proposed herein will allow the Trustee to immediately dispose of the Discharge Note, which is the last known asset of

---

[1]      The Debtors in this substantively consolidated proceeding are the following entities:  Universal Marketing, Inc.; Universal Delaware, Inc.; Universal Enterprises, Inc.; Universal Management, Inc.; Universal Distribution Inc.; Project Growth Technologies, Inc.; Universal Real Estate, Inc.; 177 Old Camden Road, LLC; 1272 South Governors Ave, LLC; 133 Saulsbury Road, LLC; 1104 South State Street, LLC; 100 S. Main Street, LLC; 505 Bridgeville Highway, LLC; 323 West Stein Highway, LLC; 111 South West Street, LLC; 102 West Central Avenue, LLC; 302 Maple Avenue, LLC; 176 Flatlands Road, LLC; 5318 Snow Hill Road, LLC; 617 North Salisbury Boulevard, LLC; 28768 Ocean Gateway Highway, LLC; 241 Cypress Street, LLC; 610 Snow Hill Road, LLC; 106 Cedar Street, LLC; 326 East Dover Street, LLC; 101 Maple Avenue, LLC; and 2194 Reading Road, LP.

the Consolidated Estate, and permit the Trustee to make final distributions and close the Debtors' substantively consolidated bankruptcy cases.

2.      Moreover, the sale or assignment of the Discharge Note will shift the risk of collection of the Discharge Note over the next five (5) years entirely to Protiviti.  In exchange for the assignment or sale, the Consolidated Estate will receive from Protiviti credit against the amounts owed to it as though the payors under the Discharge Note made all payments that would be due and owing over the next five (5) years without any discount for the risk of collection or any discount to present value.  The net effect of the credit is to decrease the amount of cash that will be distributed to Protiviti from the Consolidated Estate as part of its pro rata share of the final distribution and to permit Ballard Spahr LLP to receive a pro rata distribution of cash on its allowed administrative claim as though the full amount due and owing on the Discharge Note was paid.

3.      As a result, and notwithstanding the relationship between Protiviti and the Trustee described herein, the Trustee believes that the sale or assignment should be approved, is in the best interest of the Consolidated Estate, and results in substantially more consideration to the Consolidated Estate than would be obtained if the Trustee sold the Discharge Note to a third party with no connections to the Trustee or the Consolidated Estate.

**JURISDICTION AND VENUE**

4.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N), and (O).

5.      Venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory predicate for the relief sought herein is Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## BACKGROUND

7.      On July 23, 2009 (the "Petition Date"), Universal Marketing, Inc. ("UMI") filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Court"), Case No. 09-15404-ELF (the "Bankruptcy Case").  UMI remained in possession of its assets and continued in the management of its business as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code, until the Bankruptcy Case was converted.

8.      Specifically, by Order dated August 18, 2009 (the "Conversion Date"), the Bankruptcy Case was converted to a case under Chapter 7 of the Bankruptcy Code, and Terry P. Dershaw was appointed interim chapter 7 trustee.

9.      On September 23, 2009, creditors voted to elect Charles R. Goldstein as the permanent trustee in this chapter 7 proceeding pursuant to 11 U.S.C. § 702.  The Trustee is a managing director of Protiviti and leads Protiviti's restructuring and litigation services practice. On October 7, 2009, the Court entered Orders approving the retention of (i) Protiviti as financial advisors to the Trustee and (ii) Archer & Greiner, P.C. as attorneys to the Trustee.

10.      On April 19, 2010, the Trustee filed a Motion to Approve Settlement Agreement and for Substantive Consolidation With and Extension of Proceedings to Non-Debtor Entities [Docket Nos. 316-319] (the "Settlement and Consolidation Motion") seeking (i) approval of a negotiated settlement arrangement reached among the Trustee, UMI's affiliates, and certain other entities and persons, including, but not limited to, Daminder S. Batra, a/k/a Daminder Singh, a/k/a Dan Singh ("D. Batra") and Gurmeet Batra, a/k/a Ann Batra ("A. Batra" and together with

D. Batra, the "Batras") and Jashveer Singh, a/k/a Jassi Singh ("Singh"), pursuant to Fed. R. Bankr. P. 9019 (as modified, amended, and supplemented thereafter, the "Affiliate Settlement Agreement"); and (ii) the substantive consolidation of, and extension of bankruptcy proceedings over, certain non-debtor entities.

11.    On June 16, 2010, the Trustee filed a Motion to Approve Compromise Under Fed. R. Bankr. P. 9019 with TD Bank, N.A. [Docket No . 365] (the "TD Settlement Motion"), seeking approval of the terms of a settlement agreement entered into by and between the Trustee and TD Bank, N.A. ("TD"), pursuant to Fed. R. Bankr. P. 9019 (the "TD Settlement Agreement"), and granting such other relief as the Court deems just and appropriate under the circumstances.

12.    On August 4, 2010, the Court entered an Order Granting Substantive Consolidation and Approving Affiliate Settlement Agreement and TD Settlement Agreement (the "First Substantive Consolidation Order").  Pursuant to the First Substantive Consolidation Order, all assets and liabilities of UMI and certain other non-debtor entities were consolidated into the Consolidated Estate.

13.    At that time, the Affiliate Settlement Agreement provided, *inter alia*, that the Trustee had one year from the entry of a final, non-appealable order by the Court approving the Affiliated Settlement Agreement to decide whether to release the Batras and/or Singh (the "Release Determination Period").  The Release Determination Period was extended several times and the Affiliate Settlement Agreement was amended twice.

14.    Most recently, by Order entered on January 25, 2012, the Court approved a Second Modification to Settlement Agreement [Dkt No. 1091] (the "Second Modification") which approved, among other things, of an unsecured promissory note payable to the Consolidated Estate, or such other payee as the Trustee may designate, in the principal amount of

$250,000 payable in sixty equal monthly installments with the first payments commencing one month after the expiration of a three year period (the "Discharge Note").  The amount evidenced by the Discharge Note was deemed excepted from any discharge received by D. Batra in his individual chapter bankruptcy case.  Further, the amount of the Discharge Note could be reduced, on a sliding-scale basis, based upon the actual dollar amount of recoveries collected by the Consolidated Estate in certain litigation cases.

15.    The Second Modification required the Trustee to issue credits based on the actual dollar amount of recoveries collected in the referenced litigation cases (the "Litigation Recoveries").

16.    The amount of the Litigation Recoveries was determined in 2016 and is $5,291,969.98.  As a result, pursuant to the Second Modification, in late 2016, the Trustee determined that the Batras and Singh owe the Consolidated Estate $200,000.00 under the Discharge Note.  The Trustee made demand upon the Batras and Singh to commence payments under the Discharge Note, and the Trustee has received three monthly payments since making demand.  The first payment under the Discharge Note of $3,333.33 was made in January 2017.  After crediting the five payments made by the Batras and Singh since January 2017, as of the date of this Motion, the outstanding principal balance of the Discharge Note is $183,333.35.

17.    Prior to making demand upon the Batras and Singh, the Trustee contacted persons in the business of purchasing debt instruments to determine what a third party would be willing to pay to purchase the Discharge Note.  The Trustee received only *de minimis* offers for the Discharge Note.  The primary issue the Trustee encountered in attempting to sell the Discharge Note to a third party is that the obligations are not secured by any collateral.

## RELIEF REQUESTED AND BASIS THEREFORE

18.    Through this Motion, the Trustee seeks to sell and assign the Discharge Note to

Protiviti in exchange for a credit reducing the amount owed to Protiviti by the Consolidated

Estate by $183,333.35.  The net effect of the credit is to decrease the amount of cash that will be

distributed to Protiviti from the Consolidated Estate as part of its pro rata share of the final

distribution and to permit Ballard Spahr LLP to receive a pro rata distribution of cash on its

allowed administrative claim in connection with the final distribution as though the full amount

due and owing on the Discharge Note had been paid.  No other creditors are affected by the relief

sought in this Motion.[2]

19.    Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice

and a hearing, may use, sell or lease, other than in the ordinary course of business, property of

the estate."  11 U.S.C. § 363(b)(1).  Under section 363(b), a court may authorize a trustee to sell

property of the estate when such has a "sound business purpose" and when the use of the

property is proposed in good faith.  *See In re Decora Indus., Inc.*, No. 00-4459, 2002 WL

32332749 at *2 (D. Del. May 20, 2002); *In re De. & Hudson Ry.*, 124 B.R. 169, 175-76 (D. Del.

1991); *In re Schipper*, 933 F.2d 513, 515 (7th Cir. 1991); *Stephens Indus., Inc. v. McClung*, 789

F.2d 386, 390 (6th Cir. 1986); *Committee of Equity Security Holders v. Lionel Corp. (In re

Lionel Corp.)*, 722 F.2d 1063, 1071 (2d Cir. 1983).

20.    When evaluating whether a sound business purpose justifies the use, sale, or lease

of property under section 363(b), courts generally employ a "business judgment test."  *See In re

Montgomery Ward Holding Corp.*, 242 B.R. 147, 153 (Bankr. D. Del. 1999).  Courts consistently

---

[2] The Trustee projects that Protiviti and Ballard Spahr will receive a distribution equal to approximately [55.75]% of their respective allowed administrative claims.  Archer & Greiner LLP agreed to a cap on distributions on account of its administrative claim, which cap was previously reached.  As a result, by agreement, Archer & Greiner will not receive any further distributions from the Consolidated Estate, and this Motion only affects the final distributions to be made to Protiviti and Ballard Spahr.

and appropriately have been unwilling to interfere with business decisions absent a showing of bad faith, self-interest, or gross negligence, and will uphold a business decision so long as they are attributable to a rationale business purpose. *Official Comm. Of Subordinated Bondholders v. Integrated Res., Inc. (In re Integrated Res., Inc.)*, 147 B.R. 650, 656 (S.D.N.Y. 1992). Whether or not there are sufficient business reasons to justify the use of assets of the estates depends upon the facts and circumstances of each case. *Lionel*, 722 F.2d 15 1071; *Embrace Systems*, 178 B.R. at 125.

21.     Moreover, the paramount goal in any proposed sale of property of the estate is to maximize the proceeds received by the estate. *See, e.g., In re Food Barn Stores, Inc.*, 107 F.3d 558, 564-65 (8th Cir. 1997) (in bankruptcy sales, "a primary objection of the Code [is] to enhance the value of the estate at hand"); *In re Integrated Res., Inc.*, 147 B.R. 650, 656 (S.D.N.Y. 1992) ("It is a well-established principle of bankruptcy law that the … [trustee's] duty with respect to such sales is to obtain the highest price and greatest overall benefit possible for the estate.") (quoting *In re Atlanta Packaging Prods., Inc.*, 99 B.R. 124, 130 (Bankr. N.D. Ga. 1988).

22.     The result of the consideration to be given by Protiviti in exchange for the Discharge Note is that professionals other than Protiviti will receive immediate payment in cash for the full amount they would receive if the Batras and Singh were to make all future payments due and owing under the Discharge Note over approximately the next five years. Further, under the proposed structure, Protiviti takes all the risk of collection or non-collection of future payments on the Discharge Note. The proposed assignment and sale will also allow the Trustee to almost immediately close the Consolidated Estate and the Bankruptcy Case.

23.     Even though the proposal involves a sale or assignment by the Trustee to an entity for which he is a managing director and the same entity which served as financial advisors in the Bankruptcy Case, the consideration to be provided is substantially more than the market-test conducted by the Trustee indicated any third party would be willing to pay to acquire the Discharge Note.

24.     As a result, the Trustee's proposal to sell or assign the Discharge Note constitutes a valid exercise of the Trustee's business judgment and maximizes the proceeds to be received by the Consolidated Estate.  Accordingly, the proposed sale or assignment of the Discharge Note is in the best interest of the Consolidated Estate and should be approved by this Court.

## NOTICE

25.     In accordance with Fed. R. Bankr. P. 2002(a)(3), this Motion and a notice of this Motion has been served on (i) the Office of the U.S. Trustee, (ii) all creditors of the Consolidated Estate and (iii) all other parties requesting notice.  The Trustee submits that such notice is sufficient.

WHEREFORE, the Trustee respectfully requests that this Court enter an order approving the sale or assignment of the Discharge Note on the terms set forth herein and in the proposed form of Order submitted herewith and grant such other and further relief as may be just and appropriate.

Date:  June 7, 2017.                    /s/ Daniel J.T. McKenna
                                        Daniel J.T. McKenna (PA No. 93930)
                                        Ballard Spahr LLP
                                        1735 Market St, 51st Floor
                                        Philadelphia, PA 19108
                                        Telephone: (215) 665-8500
                                        Facsimile: (215)864-8999
                                        E-mail: McKennaD@ballardspahr.com

                                        Daniel J. Tobin*
                                        4800 Montgomery Avenue, 7th Floor
                                        Bethesda, Maryland 20814
                                        Telephone:  (301) 664-6210
                                        Facsimile:  (301) 664-6499
                                        E-mail: tobindj@ballardspahr.com

                                        -and-

                                        Matthew G. Summers*
                                        919 North Market Street, 11th Floor
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 252-4428
                                        Facsimile:  (410) 361-8930
                                        E-mail:  summersm@ballardspahr.com
                                        (*Admitted Pro Hac Vice)

                                        *Counsel to Charles R. Goldstein, Chapter 7
                                        Trustee for the Consolidated Estate of Universal
                                        Marketing, Inc., et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2017, I caused a true and correct copy of the foregoing Motion of Chapter 7 Trustee for Authorization to Sell or Assign Discharge Note Outside the Ordinary Course of Business Pursuant to Section 363(b) of the Bankruptcy Code to be served via first class mail to the individuals/entities listed below and those contained in the attached service list:

> David P. Adams, Esquire
> Frederick Jay Baker, Esquire
> George M. Conway, Esquire
> United States Trustee
> Office of the U.S. Trustee
> 833 Chestnut Street, Suite 500
> Philadelphia, PA 19107
>
> Alan Fellheimer, Esquire
> Fellheimer & Eichen
> 50 South 16th Street, Suite 3401
> Philadelphia, PA 19102
>
> Dan Singh
> 1800 Purdy Avenue #2311
> Miami Beach, FL 33139
>
> Jassi Singh
> 7008 Hazel Ave
> Upper Darby, PA 19082

/s/ Daniel J.T. McKenna
Daniel J.T. McKenna, Esquire

**2002 SERVICE LIST**

City Of Philadelphia
P.O. Box 56318
Philadelphia, PA 19130

Republic Services
1420 New York Ave.
Wilmington, DE 19801

Delaware Dept. Of Labor
4425 North Market Street
Wilmington, DE 19802

Waste Management, Inc.
2625 W. Grandview Road
Phoenix, AZ 85023

Wicomico County Health Dept.
108 East Main Street
Salisbury, MD 21801

Xi Li
P.O. Box 294
Tollard, CT 06084

Bill Hughes Commercial Mowing
1641 Turkey Hill Rd.
East Earl, Pa 17519

Seaford Ice
24483 Sussex Hwy
Seaford, DE 19973

Coastal Pump and Tank Inc
17401 S DuPont Hwy
Harrington, DE 19952

U.S. Bank
1450 Channel Parkway
Marshall, MN 56258

Delaware Electric Signal Co
145 South New Street
Dover, DE 19904

Var Resource / Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309

Lisa Jo McCoy, Esquire
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603-3512

Attorney for Lancaster County Tax Bureau
IBM Credit, LLC
Attn: Restructuring Department
4111 Northside Parkway NW - L08H07
Atlanta, GA 30327-3015

Sauder Fuel Inc
P.O. Box 518
Adamstown, PA 19501

Alternative Environmental Solutions
480 New Holland Avenue
Suite 8203
Lancaster, PA 17602

City of Dover
P.O. Box 7100
Dover, DE 19903

CHASE GM CARD
P.O. Box 15298
Wilmington, DE 19850

Eric & Eric
5838 George Island Landing
Stockton, MD 21864

Advanta Credit
Welsh & McKean Roads
P.O. Box 844
Spring House, PA 19477

ALARM ENGINEERING INC
2204 West Zion Road
Salisbury, MD 21801

Frederic Jay Baker, Esquire
United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Yellow Pages Inc
P.O. Box 60007
Anaheim, CA 92812

Matthew P. Rosenberg, Esquire
Klehr, Harrison, Harvey et al.
260 South Broad Street
Philadelphia, PA 19102

Clark Food Service Equipment
306 Airport Road
P.O. Box 10
Smoketown, PA 17576

Christopher R. Momjian, Esquire
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

KC Oil, Inc.
1 Union Street - Suite #208
Robbinsville, NJ 08691

Joseph M. Profy, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

DeCarlo Landscape Design And
Maintenance
64 North Summit Street
Tenafly, NJ 07670

IBM Corporation
Attention: Beverly Shideler
562 Evergreen Lane
Munster, Indiana 46321

Michael's Glass Company
4625 Knorr Street
Philadelphia, PA 19135

Michael C. Aufdenspring, Esquire
G.P. & W., Inc. d/b/a Center Marketing Co.
600 Mason Ridge Center Drive
St. Louis, MO 63141

Corporation Guarantee & Trust Company
3331 Street Road, Suite 110
Bensalem, PA 19020

Edward J. DiDonato, Esquire
Fox Rothschild LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103

Commonwealth Of Pennsylvania
132 Kline Plaza, Suite A
Harrisburg, PA 17104

Scott F. Landis, Esquire
Barley Snyder, LLC
126 E. King Street
Lancaster, PA 17602

Dominguez Landscaping
202 Lambson Lane
New Castle, DE 19720

State of Delaware
Motor Fuel Tax Administration
Public Safety Building
303 Transportation Circle
Dover, DE 19901

The Municipal Utilities
Commission
6200 Tonnelle Ave.
North Bergen, NJ 07047

Apex Rack
3434 Busch Drive Southwest
Grandville, MI 49418-1098

Allen Caison
31057 Horbor Lane
Painter, VA 23420

BP Products North America, Inc.
326 Wave Crest Drive
Tega Cay, SC 29708

Yardworks
P.O. Box 66
West Grove, Pa 19390

Center Marketing Company
600 Mason Ridge Center Drive
P.O. Box 419041
St. Louis, MO 63141

Town Of Easton
14 S Harrison Street
Easton, MD 21601

DTN
11400 Rupp Drive
Minneapolis, MN 55337

Miller Environmental Group Inc
538 Edwards Avenue
Calverton, NY 11933

FedEx
P.O. Box 371461
Pittsburgh, PA 15250-7461

Flow-N-Go Beverage
8253 Scioto Darby Creek Rd.
Hilliard, Oh 43026-9396

PPI Electric Utilities Corp.
2 North 9th Street
Allentown, PA 18101

Kent County Receiver Of Taxes
P.O. Box 802
Dover, DE 19903

Motive Enterprises, LLC
P.O. Box 9741
Towson, MD 21284-9741

Bohler Engineering Inc
1600 Manor Drive, Suite 200
Chalfont, PA 18914

Nustar Merc
2330 North Loop
1604 W
San Antonio, TX 78248

Compumatic Time Recorders, Inc
828 Bruce Dr.
East Meadow, NY 11554-5140

Paychex, Inc.
1100 Adams Avenue
Norristown, PA 19403

Eastern Shore Refrigeration
31414 Winterplace Parkway
Salisbury, MD 21804

Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374

ATC Group, Inc
920 Germantown Pike, Suite 200
Plymouth Meeting, PA 19462

Tennessee Secretary of
312 8th Avenue N., 6th Floor
William R. Snodgrass Tower
Nashville, TN 37243

Anaconda Protective Concepts Inc
1520 Porter Road
Bear, DE 19701-2112

Valero Marketing and Supply Co.
P.O. Box 1731
Glen Burnie, MD 21060

William Byler Jr. Architect, Inc
P.O. Box 104
Kenton, DE 19955

Western
123 West Mills Avenue
El Paso, TX 79901

Schwaab, Inc
11415 W. Burleigh Street
Milwaukee, WI 53222

Apex Oil
8235 Forsyth Boulevard
Suit 400
St. Louis, MO 63105

Delaware State News
P.O. Box 7011
Dover, DE 19903

City of Baltimore
100 N. Holiday Street
Baltimore, MD 21202

Power Pak Beverage
191 County Line Rd.
Boyertown, PA 19512

Conectiv Energy
Corporate Office
P.O. Box 6066
Newark, DE 19714-6066

The Harrington Journal
P.O. Box 7011
Dover, DE 19903

Global Companies, Inc.
800 South Street
Waltham, MA 02451

Venus Roses LLC
28 Harrison Ave.
Englishtown, NJ 07726

Marathon Ashland Corp.
539 S. Main Street
Findlay, OH 45840

Abco Supply Co
461 Paxon Hollow Rd.
Media, PA 19063

Petro Service, Inc.
1880 State Route 35
2nd Floor
South Amboy, NJ 08879

Milford Beacon
P.O. Box 664
Dover, DE 19903-0664

TransMontaigne, Inc.
P.O. Box 5660
Denver, CO 80217

Wayne Gore
P.O. Box 1191
Hurlock, MD 21643

The Bancorp Bank
409 Silverside Road
Suite 105
Wilmington, DE 19809

Garda CI Atlantic Inc
301 N. Lake Ave., Suite 600
Pasadena, CA 91101

Daniel F. Wolcott, Jr., Esquire
Suzanne Hill Holly, Esquire
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-09511

Tyree Service Corp
208 Route 109
Farmingdale, NY 11735

Western Refining
1250 W. Washington Street
Suite 101
Tempe, AZ 85281

International Marketing
Corporation
906 Pasture Rose Street
Joliet, IL  60431

Bethany Busz
3112 N. Harrison Street
Wilmington, DE 19802

Roberts Electric Inc
165 Barkers Landing Road
Magnolia, DE 19962

Chesapeake Products and Services
P.O. Box 311
Laurel, DE 19956

IMI Cornelius Inc
101 Broadway Street West
Osseo, MN 55369

Josef W. Mintz, Esquire
Blank Rome LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

Langan
Box 512588
Philadelphia, Pa 19175

City Of Seaford
P.O. Box 1100
Seaford, DE 19973

Pepsi Bottling Group, LLC
P.O. Box 841828
Dallas, TX 75284

State Of MD - Dept. Of Taxation
301 W. Preston St. 8th Floor
Baltimore, MD 21201

McLane MidAtlantic
P.O. Box 6138
Temple, TX 76503

SPC Structural Plastics Corp.
3401 Chief Dr.
Holly, MI 48442-9333

Super Circuits
11000 North Mopac Expwy
Bldg 300
Austin, TX 78759

BSC Labs
204 Line Road
Kennett Square, PA 19348

Harrisburg News Company
P.O. Box 60307
Harrisburg, PA 17106

Crompco, LLC
1815 Gallagher Road
Plymouth Meeting, PA 19462

Township Of Ridley
100 East MacDade Boulevard
Folsom, PA 19033

Eagle Disposal
1245 Eagles Way
East Earl, PA 17519

Hostess Brands
9801 Blue Grass Road
P.O. Box 14387
Philadelphia, PA 19114

Pro Lock & Safe
P.O. Box 139
Camden, DE 19934

PSE&G
80 Park Plaza
Newark, NJ 07102

Sprint Quality Printing Inc
Talleyville Center
3609 Silverside Road
Wilmington, DE 19810

Windstream
1720 Galleria Blvd.
Charlotte, NC 28270

J&J Lawn Care Specialists Inc
4047 North Rohbaugh Road
Seven Valleys, PA 17360

Citgo
P.O. Box 2224
Birmingham, AL 35246

Concept Communications Co
380-A Internationale Drive
Bolingbrook, IL 60440

PECO Energy
P.O. Box 37629
Philadelphia, PA 19101

Interstate Waste Services
P.O. Box 553672
Detroit, MI 48255

Novelty, Inc.
351 West Muskegon Drive
Greenfield, IN 46140-3071

Chesapeake Utilities
P.O. Box 1678
Salisbury, MD 21802

Bank Of America Business Card Servs.
P.O. Box 53101
Phoenix, AZ 85072

AICS-NJ
B-220 Commons Way
Toms River, NJ 08755

Coca-Cola Financial Service
P.O. Box 102818
Atlanta, GA 30368

Empro Products Company Inc
357 Mclean Blvd
Paterson, NJ 07513

Var Resource, Inc. (Huntington
Bank)
P.O. Box 701096
Cincinnati, Oh 45270

Lewis Maintenance Services Inc
12841 Piney Branch Road
Ellendale, DE 19941

Duffield Associates
5400 Limestone Road
Wilmington, DE 19808

City Of Salisbury
125 N. Division Street
Salisbury, MD 21801

Bank Of America Business Card Servs.
P.O. Box 53101
Phoenix, AZ 85072

Mark S. Bowen
Clerk Of Circuit Court
P. O. Box 198. Courthouse
101 North Division St.
Salisbury, MD 21803-0198

J. Cory Falgowski, Esquire
Richard A. Robinson, Esquire
Reed Smith, LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Borough Of Fair Lawn
P.O. Box 376
8-01 Fair Lawn Avenue
Fair Lawn, NJ 07410-0376

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Cocalico Plumbing & Heating,
INC.
27 North 4th Street
Denver, PA 17517

Elizabeth McGovern, Esquire
Jennifer P. Knox, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103

Eagle Lock & Key
P.O. Box 613
Fruitland, MD 21826

Michael J. Cordone, Esquire
Stradley Ronon Stevens and Young , LLP
2600 One Commerce Square
Philadelphia, PA 19103

Corestates, Inc.
4191 Pleasant Hill Road,
Suite 400
Duluth, GA 30096

Richard Murphy, Esquire
Sutherland, Asbill, and Brennan
1275 Pennsylvania Avenue, N.W.
Washington, DC 20004

Leroy E. Wentz
217 Frederick Street
Hanover, PA 17331

Eric L. Scherling, Esquire
Cozen O'Connor
1900 Market Street
The Atrium
Philadelphia, PA 19103

Kent County
P.O. Box 245
Chestertown, MD 21620

Christine Leigh Barba, Esquire
McCarter & English, LLP
1735 Market Street, Suite 700
Philadelphia, PA 19103

Fairfield Maintenance, Inc
4 Commerce Rd
Fairfield, NJ 07004

Jordan B. Goldberg, Esquire
Jordan B. Goldberg, LLC
1949 Berlin Road, Suite 201
Cherry Hill, NJ 08003

Lancaster Paint & Glass Co.
751 East Ross Street
Lancaster, PA 17602-2149

Commonwealth of Pennsylvania
Department of Revenue
Bureau of Motor Fuels Taxes
P.O. Box 280646
Harrisburg, PA 17128-0646

Commissioners Of Preston
P.O. Box 91
Preston, MD 21655

State of New Jersey
Division of Taxation
Motor Fuel Tax Unit
P.O. Box 243
Trenton, NJ 08608

Wildco Petroleum Equipment
P.O. Box 7604
Gilford, NH 03247-7604

AT&T Mobility
NBS
P.O. Box 9004
Carol Stream, IL 60197

Orth-Rodgers & Associates Inc
4729 West Chester Pike
Newtown Square, PA 19073

BRT, Inc.
813 North Octorara Trail
Parkesburg, PA 19365-2114

NH Yates & Co Inc
117-C Church Ln.
Cockeysville, MD 21030

Conoco Phillips Company, Inc.,
c/o Renita Kind, Senior Counsel
600 North Dairy Ashford
ML 3179
Houston, TX 77079

Kent County Treasurer
Administrative Complex
555 Bay Road
Dover, De 19901

Earl R. Martin, Inc.
1278 East Earl Road
East Earl, PA 17519

Wayman Fire Protection, Inc
403 Meco Drive
Wilmington, DE 19804

Goodman Tank Lines
463 Old Reading Pike
P.O. Box 56
Stowe, PA 19042

Henry J. Jaffe, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

Kreiser Fuel Services, Inc.
122 Racehorse Drive
Jonestown, PA 17038

Rich Coast Corporation
41 Meadowbrook Lane
Lewistown, PA 17044

Murphy Transport, Inc.
P.O. Box 3
Greensboro, MD 21639

The News Journal
P.O. Box 15505
Wilmington, DE 19850

Office Furniture Outlet
2860 Route 73
Maple Shade, NJ 08052

Victory Beverage
P.O. Box 1011
Pleasantville, NJ 08232

Petro Express
Petroleum Product Corp.
1836 Chesapeake Avenue
Baltimore, MD 21226

Wenger Meats & Ice Co.
511 East Louther Street
Carlisle, PA 17013

Samuel Coraluzzo Co., Inc.
1713 North Main Road
Vineland, NJ 08360

York Ice Co Inc
281 Kings Mill Rd.
York, PA 17401
Thind Brothers LLC
622 Thompson Avenue
Bound Brook, NJ 08805

Armor Safe Technologies LLC
5916 Stone Creek Drive,
Suite 100
P.O. Box 560275
The Colony, TX 75056

Abhay Patel
106 Topaz Circle
Dover, DE 19904

Keystone Petroleum Equipment
Ltd
981 Tridle West Rd.
Mechanicsburg, PA 17055

Zytax, Inc.
5 Greenway Plaza
Suite 1310
Houston, TX 77046

Clark Food Service Equipment
P.O. Box 10
Smoketown, PA 17576

Bucks County
Attention: Solicitor's Office
55 East Court Street
Doylestown, PA 18901

Royston LLC
1 Pickroy Road
Jasper, GA 31043

Tri County Complex
619 Point Township Drive
Northumberland, PA 17857

Oliver Heating And Cooling
101 Waverly Avenue
Morton, PA 19070

Farm & Home Oil Company
3115 State Road
Telford, PA 18969-1076

B&F Petroleum Installations Inc
2121 Adams Street
Reading, PA19605

Swisher Hygiene Franchisee Trust
P.O. Box 473526
Charlotte, NC 28247

Canada Dry Dist
P.O. Box 403708
Atlanta, GA30384

Southern State Corp.
P.O. Box 26234
Richmond, VA 23260

All American Electrical Service, LLC
25289 Smith Landing Rd.
Denton, MD 21629

Louis I. Lipsky, Esquire
Lipsky & Brandt
Suite 2820
1101 Market Street
Philadelphia, PA 19107-2993

Penn E&R
2755 Bergey Rd.
Hatfield, PA 19440

Patrick R. Kingsley, Esquire
Michelle K. Carson, Esquire
Stradley, Ronon, Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103

Direct Energy
1001 Liberty Ave.
Pittsburgh, PA 15222

Megan T. Mantzavinos, Esquire
Eileen M. Ford, Esquire
Marks, O'Neill, O'Brien & Courtney
913 N. Market Street, Suite 800
Wilmington, DE 19801

North Wales Water Authority
P.O. Box 1339
North Wales, PA 19454

Petroleum Traders Corporation
7120 Pointe Inverness Way
Ft. Wayne, IN 46804

N&G Distributing
8020 Palm Ave.
Highland, CA 92346

Alternative Environmental Solutions
c/o Donald R. Geiter, Esquire
Barley Snyder LLC
126 East King Street
Lancaster, PA 17602
Met-Ed
P.O. Box 3687
Akron, OH 44309

Thomas E. Biron, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

York Water Company
P.O. Box 3009
Lancaster, PA 17604

Lee M. Tesser, Esq.
Tesser & Cohen
946 Main Street
Hackensack, NJ 07601

Tasty Baking Company
Navy Yard Corporate Center
Three Crescent Drive, Suite 200
Philadelphia, PA 19112

Commonwealth Of PA
Dept. Of Revenue/Bureau Of Compliance
Strawberry Square, 7th Floor
Harrisburg, PA 17128

Verizon
P.O. Box 660720
Dallas, TX 75266

City Of Salisbury Water & Sewer Dept.
125 N Division St.
Salisbury, MD 21801

Comptroller Of Maryland
P.O. Box 1829
Annapolis, MD 21401

Armac Inc
4027 Atlantic Ave.
Raleigh, NC 27604

Novelty, Inc.
351 West Muskegon Drive
Greenfield, IN 46140-3071

Clayton Services Corporation
605 West 3rd Street
Lansdale, PA 19446

Home Depot Card Servs.
P.O. Box 6925
The Lakes, NV 88901

David W. Thompson Inc
P.O. Box 38
Magnolia, DE 19962

Sterling National Bank - Leasing
P.O. Box 1570
New York, NY 10008

K&D Factory Service Inc
1833-41 North Cameron St.
Harrisburg, PA 17103

Toyota Financial Servs.
P.O. Box 9490
Cedar Rapids, IA 52409

Roady's Truck Stop
Roady's Truck Stops
P.O. Box 173
New Plymouth, ID 83655

Var Resource, Inc. (Huntington
Bank)
P.O. Box 701096
Cincinnati, OH 45270

Noels Lawn Care
334 Fairview Street
Carlisle, PA 17015

Federated Insurance
P.O. Box 328
Owatonna, MN 55060

Comdata Network Inc
5301 Maryland Way
Brentwood, TN 37027

Citi Credit Card
100 Citibank Drive
San Antonio, TX 78245

Robinson Real Estate
P.O. Box 571
Seaford, DE 19973

Dennis J. Shaffer, Esquire
Whiteford, Taylor and Preston
7 Saint Paul Street
Baltimore, MD 21202

Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592

Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Water Revenue Bureau
P.O. Box 41496
Philadelphia, PA 19101

Margaret M. Manning, Esquire
Whiteford Taylor Preston LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, DE 19801

Monroe Refrigeration Services
5176 Whittington Road
Marion Station, MD 21838

George M. Conway, Esquire
United States Trustee
833 Chestnut St.
Ste. 500
Philadelphia, PA 19107

Lomax Security Systems Inc
195 Randolph Ave.
Jersey City, NJ 07305

Stuart T. Shmookler, Esquire
Gross McGinley, LLP
33 S. 7th Street
P.O. Box 4060
Allentown, PA 18105-4060

Imprint Plus
135 South Lasalle Dept 4961
Chicago, IL 60674

Kevin P. Callahan, Esquire
United States Trustee, Dept. of Justice
833 Chestnut St.
Ste. 500
Philadelphia, PA 19107

Pennsylvania DEP
P.O. Box 8762
Harrisburg, PA 17105

Albert A. Ciardi, III, Esquire
Adrienne N. Roth, Esquire
Ciardi Ciardi & Astin, P.C.
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103

Kramer Marks Architects
156 South Bethlehem Pike
Ambler, PA 19002-5821

Patriot Capital Corporation
5825 Glenridge Drive
Suite 212
Atlanta, GA 30328

Dorchester County Circuit Court
206 High Street
P.O. Box 150
Cambridge, MD 21613

Comptroller of Maryland
Revenue Administration Division
Motor-Fuel, Alcohol & tobacco Tax Unit
P.O. Box 2999
Annapolis, MD 21404-2999

Associates Contracting Inc.
P.O. Box 796
Dover, DE 19903

State of New Jersey - PPT
Division of Taxation
P.O. Box 243
Trenton, NJ 07646-0243

All Points Security Co., Inc.
P.O. Box 504
Lionville, PA 19353

Baltimore Tank Lines
180 8th Avenue NW
Glen Burnie, MD 21061-2847

Gehl Foods
N116 W15970 Main Street
Germantown, WI 53022

Buckeye Energy Services LLC
One Greenway Plaza
Suite 600
Houston, TX 77046

Dorchester County, Maryland
P.O. Box 66
Cambridge, MD 21613

Delmarva Power
800 King Street
Wilmington, DE 19801

Patty Nelson
P.O. Box 237
Blue Bell, PA 19422

Experian
701 Experian Parkway
Allen, TX 75013

City Of Cambridge
P.O. Box 1057
Cambridge, MD 21613

Home Depot Credit Services
P.O. Box 6029
The Lakes, NV 88901

Sussex County, Delaware
P.O. Box 429
Georgetown, DE 19947

Lee Transport Systems, LLC
P.O. Box 602
Elmer, NJ 08318

GD Houtman & Son, Inc
139 E. Baltimore Pike
Media, PA 19063

National Fuel Transportation
4 Sleskinski Ct.
South Amboy, NJ 08879

John Scharff
819 Spring Mill Ave.
Conshohocken, PA 19428

OPIS
3349 Highway 138
Building D, Suite D
Wall, NJ 07719

Heartland Acquisitions LLC
One Heartland Way
ATT: NWS
Jeffersonville, In 47130

Petrocom Merc
1330 Post Oak Boulevard
Suite 2350
Houston, TX 77056

Roto-Rooter
P.O. Box 4
Lemoyne, PA 17043

Shell Fixed - Baltimore
P.O. Box 9741
Towson, MD 21284-9741

Dream Clean
470 Sequoia Drive
Smyrna, DE 19977

US Energy Capital
1060 Salem Walk Drive, #1A
Greensboro, GA 30642

R Johnston & Sons, Inc
15 North Chester Pike
Glenolden, PA 19036-1422

Robert J. Kipnees
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Prevent Security & Technology
2502 Silverside Road #5
Wilmington, DE 19803

Ameet, Inc.
3475 Huntingdon Pike
Huntingdon Valley, PA 19006

Davis Beverage Group
2172 City Line Road
Bethlehem, PA 18017

Catamount Management Corp.
6 Kimball Lane
Lynnfield, MA 01940

Jack & Jill Ice Cream Co
P.O. Box 8500-S8780
Philadelphia, PA 19178

Colonial Oil
101 North Lathrop Avenue
Savannah, GA 31402-0576

Schmidt
P.O. Box 630086
Baltimore, MD 21263

FC Stone Trading, LLC
1251 NW Briarcliff Parkway
Suite 800
Kansas City, MO 64116

Turkey Hill Dairy Inc
2601 River Rd.
Conestoga, PA 17516

Hess Corporation
1 Hess Plaza
Woodbridge, NJ 07095-0961

Kirby And Holloway
P.O. Box 222
Harrington, DE 19952

New Castle County
Purchasing Section
87 Reads Way
New Castle, DE 19720

Coffee Serv Inc
3001 Stokley Street
Philadelphia, PA 19129

Sprague Energy, Inc.
2 International Drive
Suite 200
Portsmouth, NH 03801

LOGAN BEVERAGE INC
150 WEST 14th Street
Tyrone, PA 16686

World Fuel Services, Inc.
9800 N.W. 41st Street
Suite 400
Miami, FL 33178

Ferguson & McCann Inc
270 Bodley Rd.
Aston, PA 19014

Francis J. Lawall, Esquire
Nina M. Varughese, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Street
Philadelphia, PA 19103-2799

Professional Datasolutions Inc
3407 S. 31st, Suite 200
Temple, TX 76502

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Salomone Brothers Inc
17 Demarest Drive
Wayne, NJ 07470

Verizon
AFNI/Verizon East
P.O. Box 3037
Bloomington, IL 61702-3037

Federated Insurance Company
P.O. Box 328
Owatonna, MN 55060

Xiao Jing Zhang
679 Meetinghouse Road
Boothwyn, PA 19061

Geo-Technology Associates Inc
3445-A Box Hill Corp. Center Drive
Abingdon, MD 21009

Joseph M. Profy, Esq.
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

AT Construction, Inc
2271 Garrett Road
Drexel Hill, PA 19026

Michelle K. Carson, Esquire
Stradley Ronon Stevens and Young , LLP
2600 One Commerce Square
Philadelphia, PA 19103

DAS Distributors
P.O. Box 54522
Philadelphia, PA 19178

Cloverland Farms Dairy
2100 Northwood Dr.
Salisbury, MD 21801

Douglas C. Anton, Esquire
3 University Plaza Drive
Suite 207
Hackensack, NJ 07601

Rand McNally
P.O. Box 98904
Chicago, IL 60693

Robert M. Greenbaum, Esquire
Smith Giacometti, LLC
270 West Lancaster avenue
Building I
Malvern, PA 19355

FED EX
P.O. Box 371461
Pittsburgh, PA 15250

James M. Matour, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103

Turf Management Inc.
1232 Longmeadow Road
Garnet Valley, PA 19060

Holly C. Thurman, Esquire
Weltman, Weinberg & Reis
1400 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-9517

IBC Sales Interstate Brands
9801 Blue Grass Road
P.O. Box 14387
Philadelphia, PA 19114

Brett Wiltsey, Esquire
457 Haddonfield Road
Suite 700
Cherry Hill, NJ 08002

PSE&G
P.O. Box 14106
New Brunswick, NJ 08906

Dave P. Adams
USDOJ
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Evelyn J. Meltzer, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709